FILED'05 MAR 11 08:25USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL POWELL,                                      CV 04-1294-ST

        Plaintiff,                       JUDGMENT OF DISMISSAL

    v.

**WEYERHAEUSER COMPANY**, a
Washington Corporation

        **Defendant.**

    Based on the stipulation of the parties hereto, by and through their respective attorneys, it is hereby

//

//

//

//

//

Page 1 - Judgment of Dismissal

ORDERED AND ADJUDGED that all of plaintiff's claims are dismissed with prejudice and without costs or attorney fees to any party.

Dated this 11th day of March, 2005.

_____
Janice M. Stewart
U.S. District Court Magistrate Judge

Submitted by:

DRUCKMAN AND BLATT, P.C.

/s/ Jeffrey J. Druckman
_____
Jeffrey J. Druckman
Oregon State Bar No. 79214
222 S.W. Columbia Street, Suite 1670
Portland, Oregon 97201
(503) 241-5033

Page 2 - Judgment of Dismissal

I hereby certify that I served the foregoing **Judgment of Dismissal** on:

    Mr. Donald B. Potter, P.C.
    522 S.W. Fifth Avenue, Suite 1110
    Portland, Oregon 97204-2128
    Facsimile: (503)362-8297

    Attorney for Plaintiff

by the following indicated method or methods:

☐   by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☒   by **electronic filing** with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with the Fed. R. Civ. P. 5(d).

☐   by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth below.

Dated this 9th day of March, 2005.

    /s/ Jeffrey J. Druckman
    _____
    Jeffrey J. Druckman
    Attorney for Defendant

Page 1 - Certificate of Service